```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DAVID C. LOWELL, et al., | : CIVIL ACTION NO. 07-1898 (MLC) |
| Plaintiffs, | : **MEMORANDUM OPINION** |
| v. | : |
| DAIMLER CHRYSLER MOTORS COMPANY, LLC, et al., | : |
| Defendants. | : |

**THE COURT** being advised that this action has been settled (dkt. entry no. 26, 6-12-07 Pls. Letter); and thus the Court intending to (1) vacate without prejudice the Court's order to show cause (dkt. entry no. 3), and (2) dismiss the amended complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and the Court advising the parties that, even though the action will be marked as closed, to protect their interests they may submit a further stipulation of dismissal; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge